**Guaranteed Subpoena Service, Inc.**
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056   (800) 672-1952
Fax: (908) 688-0885   Tax ID 22-2393485
www.Served.com

YOU CAN NOW PRINT A RECEIPT ONLINE AS A PAYMENT CONFIRMATION FOR YOUR RECORD. SAVE A STAMP, TIME AND EFFORT AND PAY THIS INVOICE ONLINE! YOU MAY USE VISA, MASTERCARD, AMERICAN EXPRESS, DISCOVER OR EVEN A PAYPAL ACCOUNT!



# INVOICE

FLYNN & WIETZKE, PC.
MARC T. WIETZKE, ESQ.
1205 FRANKLIN AVE.
GARDIN CITY NY 11530

INVOICE #:   20160428143931
AMOUNT DUE:   $59.99
DUE DATE:   6/1/2016

WE RESERVE THE RIGHT TO CHARGE 18% APR INTEREST (0.049315% DPR PAST THE DUE DATE) ON ALL UNPAID BALANCES.

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

| | | |
|---|---|---|
| AMOUNT DUE: **$59.99** | INVOICE#: **20160428143931** | INVOICE DATE: **5/2/2016** |
| ATTORNEY: | MARC T. WIETZKE, ESQ. | |
| FIRM: | FLYNN & WIETZKE, PC. | |
| PLAINTIFF: | CHERYL GALLEY | |
| DEFENDANT: | NJ TRANSIT RAIL OPERATIONS, INC. | |
| DOCKET#: | 2 16 CV 02088 JLL JAD | CLAIM#: |
| ENTITY SERVED: | NJ TRANSIT RAIL OPERATIONS, INC. | |
| SERVED WITH: | SUMMONS AND COMPLAINT, EXHIBITS | |
| SERVED DATE: | **4/29/2016** | COURT DATE: |

PAID MAY 25 2016

| | | |
|---|---|---|
| ATTENDANCE FEE: | $0.00 | PAYMENT SENT ON: |
| SERVICE FEE: | $59.99 | |
| MILEAGE FEE: | $0.00 | AMOUNT PAID: |
| PRIORITY FEE: | $0.00 | |
| PICKUP FEE: | $0.00 | [ ] CHECK |
| INCORRECT ADDRESS FEE: | $0.00 | [ ] VISA |
| POSTAL FORWARDING FEE: | $0.00 | [ ] MASTERCARD |
| CASH ATTACHED: | $0.00 | [ ] DISCOVER |
| WAIT TIME 0.00 | $0.00 | [ ] AMERICAN EXPRESS |
| NOTARY/MISC. FEE: | $0.00 | |
| TOTAL: | **$59.99** | CARD/CHECK#: |

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!